United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDRO FRANCISCO PEREZ VILAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03183 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On June 16, 2026, the Court granted the Petition for Writ of Habeas Corpus and ordered Respondents to release Petitioner from custody within forty-eight (48) hours. Doc. #9 at 3. However, on June 22, 2026, Respondents notified the Court that although they instructed the Department of Homeland Security to release Petitioner, and the ICE detainee locator does not indicate Petitioner is in custody, Respondents cannot confirm that Petitioner was, in fact, released. Doc. #10 at 1. Respondents have not filed an update with release documents notifying the Court of Petitioner's release as required by the June 16th Order.

The parties are ORDERED to file a status report no later than July 10, 2026, advising the Court whether Petitioner remains in immigration custody or has been released.

It is so ORDERED.

JUL 0 7 2026

Date

The Honorable Alfred H. Bennett
United States District Judge