United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDRO FRANCISCO PEREZ VILAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03183 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting habeas relief (Doc. #9) and having considered the Notice of Release (Doc. #12) filed by Respondents, the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUL 10 2026
Date

The Honorable Alfred H. Bennett
United States District Judge